# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS A. HOROWITZ,<br><br>                              Plaintiff,<br>  v.<br>BISHOP, WHITE, MARSHALL & WEIBEL, P.S., et al.,<br><br>                             Defendant. | Case No. 11cv1042-BTM (CAB)<br><br>**ORDER RE REQUEST FOR ENTRY OF DEFAULT** |

       Plaintiff requests an entry of default against Defendant. Because "'[w]henever it is reasonably possible, cases should be decided upon their merits[,] . . . any doubts as to the propriety of a default are usually resolved against the party seeking a default judgment." *Vongrabe v. Sprint PCS*, 312 F. Supp. 2d 1313, 1318-1319 (S.D. Cal. 2004) (quoting *Patapoff v. Vollstedt's, Inc.*, 267 F.2d 863, 865 (9th Cir. 1959)).

       Fed. R. Civ. P. 55(a) instructs the clerk to enter default only when a party "has failed to plead or otherwise defend" an action. "Acts that show an intent to defend have frequently prevented a default even though not connected to any particular rule." Notes of Advisory Committee on 2007 Amendments.

       Here, Defendant is actively defending the case. Defendant filed a motion to dismiss a few hours before the instant request for notice of entry of default. Because Defendant has filed a responsive pleading and has appeared in this case, Plaintiff's request for an entry of default is **DENIED**.

**IT IS SO ORDERED.**
DATED: June 2, 2011

                                                                             Honorable Barry Ted Moskowitz
                                                                             United States District Judge